UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| LARRY RUMBOUGH, | : | Case No. 6:12-cv-811-DAB |
| Plaintiff, | : | (Judge Anne Conway) |
| vs. | : | |
| EXPERIAN INFORMATION SOLUTIONS, INC. AND LEXISNEXIS RISK DATA RETRIEVAL SERVICES, LLC, | : | **UNOPPOSED MOTION OF DEFENDANT LEXISNEXIS RISK DATA RETRIEVAL SERVICES, LLC, FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S VERIFIED COMPLAINT** |
| Defendants. | : | |
| | : | |

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant LexisNexis Risk Data Retrieval Services, LLC ("LNRDRS") moves for an extension of time of fourteen (14) days, up to and including September 20, 2012, in which to answer, move, or otherwise respond to Plaintiff Larry Rumbough's ("Plaintiff") Verified Complaint ("Complaint") and in support, states:

1. On May 29, 2012, Plaintiff filed its Complaint.

2. Plaintiff recently retained counsel to represent Plaintiff in this case, but counsel for Plaintiff has not yet filed a notice of appearance.

3. LNRDRS's response date is September 6, 2012, and LNRDRS respectfully requests a 14-day extension of time to respond to the Complaint after the parties have held their Case Management Conference, which is currently scheduled for September 10, 2012. Counsel for LNRDRS has been in contact with Plaintiff, and Plaintiff agrees that extension of LNRDRS's time to respond to the Complaint will facilitate the most efficient use of the Court's and the parties' resources. One previous extension has been requested by LNRDRS.

4. LNRDRS's response date per agreement with Plaintiff's counsel would be September 20, 2012.

Accordingly, for good cause shown, LNRDRS respectfully requests an extension until September 20, 2012, to respond to Plaintiff's Complaint.

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION OF DEFENDANT LEXISNEXIS RISK DATA RETRIEVAL SERVICES, LLC, FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S VERIFIED COMPLAINT**

Fed. R. Civ. P. 6(b)(1) governs motions for an extension of time, and states in pertinent part:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]

Here, sufficient cause exists to grant the requested extension of time for LNRDRS to respond to Plaintiff's Complaint. This Motion is not filed for the purpose of delay and neither party will suffer prejudice if the Court grants this motion.

Accordingly, for good cause shown, LNRDRS respectfully requests an extension until September 20, 2012, to respond to Plaintiff's Complaint.

Respectfully submitted this 31st day of August, 2012.

        Respectfully submitted,

        ___*s/ Rachael M. Crews*___
        Rachael M. Crews, Esq. (Bar No. 0795321)
        GrayRobinson, P.A.
        P.O. Box 3068
        Orlando, FL 32802-3068
        Telephone: (407) 843-8880
        Facsimile: (407) 244-5690
        rcrews@gray-robinson.com

        Attorney for Defendant LexisNexis Risk Data Retrieval Services, LLC

**CERTIFICATE OF SERVICE**

I certify that on this 31st day of August, 2012, I electronically filed the foregoing Unopposed Motion of Defendant LexisNexis Risk Data Retrieval Services, LLC, for an Extension of Time to Respond to Plaintiff's Verified Complaint with the Clerk of Courts using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, and that I served by U.S. Mail Larry Rumbough, 840 Lilac Trace Lane, Orlando FL 32828, and that I served counsel for Larry Rumbough via electronic mail at mgilmore@mgilmorelaw.com.

                                                        ___/s/ Rachael M. Crews_____
                                                        Rachael M. Crews, Esq.

651372.1