UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH,

       Plaintiff,

v.                                       Case No. 6:12-cv-811-Orl-22DAB

EXPERIAN INFORMATION
SOLUTIOJNS, INC. and LEXISNEXIS
RISK DATA RETRIEVAL SERVICES,
LLC.

       Defendants.
_____

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff responds to the Court's Order To Show Cause (Docket Item ) by giving the Court Notice that it has now filed a Notice of Date of Mediation. The Plaintiff has been engaged in both settlement negotiations and discovery with the Parties.

Dated: April 12, 2013

                                              Respectfully submitted,

                                              __*s/ J. Marshall Gilmore*_____
                                              **J. Marshall Gilmore, Esq**.
                                              Attorney for Larry Rumbough, Plaintiff
                                              Fla Bar No. 840181
                                              1936 Lee Road, Suite 100
                                              Winter Park, FL 32789
                                              (407) 937-8675 and (321) 591-9922
                                              (407) 599-3801 fax
                                              mgilmore@mgilmorelaw.com

## **CERTIFICATE OF CONFERING WITH OPPOSING COUNSEL**

I certify that I have conferred with the setting of the date for the mediations with opposing counsel in order to coordinate the setting of this mediation.

        *___s/ J. Marshall Gilmore_____*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered this 12th day of April, 2013 by CM/ECF system.:

        *__s/ J. Marshall Gilmore_____*
        J. Marshall Gilmore, Esq.