UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH,                      CASE NO. 6:12-cv-811-ORL-22 DAB

       Plaintiff,                         (Judge Anne C. Conway)

v.

EXPERIAN INFORMATION SOLUTIONS,
INC., and LEXISNEXIS RISK DATA
RETRIEVAL SERVICES, LLC,

       Defendants.
_____/

PLAINTIFFS OBJECTIONS TO
DEFENDANT'S PROPOSED JURY
INSTRUCTIONS AND
INTERROGATORIES TO JURY

Plaintiff objects to the following proposed instructions:
No. 1 - incorrect definitions
No 2 – incomplete description
No 3 – incorrectly states cause of action
No 8 – incorrectly state cause against LexisNexis
No 9 – omits willful allegations
No 10-incorrect assertions of cause against LexisNexis
No 11-imcomplete
No 12-incomplete
No 13-mistates law, incomplete
No 15-incomplete
No 16- incomplete
No 19- incomplete
No 21- incorrect application of statute
No 24- incomplete
No 26. – incomplete

Plaintiff has no objection to the balance of the proposed instructions. Plaintiff objects to the

Verdict forms and interrogatories to the Jury as they are based on the same language as the objectionable instructions above.

Respectfully submitted,

__s/ *J. Marshall Gilmore*_____

**J. Marshall Gilmore, Esq**.
Attorney for Larry Rumbough, Plaintiff
Fla Bar No. 840181
1936 Lee Road, Suite 100
Winter Park, FL 32789
(407) 937-8675 and (321) 591-9922
 (407) 599-3801 fax
mgilmore@mgilmorelaw.com