UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| LARRY RUMBOUGH,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC., and LEXISNEXIS<br>RISK DATA RETRIEVAL SERVICES,<br>LLC.<br><br>    Defendants. | CASE NO. 6:12-CV-811-ACC-DAB<br><br>(Judge Anne C. Conway) |

## EXPERIAN INFORMATION SOLUTIONS, INC.'S
## NOTICE OF FILING BILL OF COSTS

Pursuant to Federal Rule of Civil Procedure 54(d), 28 U.S.C. § 1920, and Local Rule 4.18, Defendant Experian Information Solutions, Inc. ("Experian") respectfully submits this Bill of Costs in the amount of $3,473.50.

Attached to Experian's Bill of Costs (Form AO 133) are the Affidavit of Natalie A. Williams and supporting documentation.

Dated: January 23, 2014　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　s/ Natalie A. Williams
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Natalie A. Williams
　　　　　　　　　　　　　　　　　　　Appearing *Pro Hac Vice*
　　　　　　　　　　　　　　　　　　　Georgia Bar Number 622660
　　　　　　　　　　　　　　　　　　　Jones Day
　　　　　　　　　　　　　　　　　　　1420 Peachtree Street, N.E.
　　　　　　　　　　　　　　　　　　　Suite 800
　　　　　　　　　　　　　　　　　　　Atlanta, Georgia 30309
　　　　　　　　　　　　　　　　　　　Telephone: (404) 521-3939
　　　　　　　　　　　　　　　　　　　Facsimile: (404) 581-8330
　　　　　　　　　　　　　　　　　　　nwilliams@jonesday.com

　　　　　　　　　　　　　　　　　　　Thomas W. Tierney
　　　　　　　　　　　　　　　　　　　Florida Bar Number 0390150
　　　　　　　　　　　　　　　　　　　Rossway Moore Swan
　　　　　　　　　　　　　　　　　　　2101 Indian River Blvd.
　　　　　　　　　　　　　　　　　　　Suite 200
　　　　　　　　　　　　　　　　　　　Vero Beach, FL 32960
　　　　　　　　　　　　　　　　　　　Telephone: (772) 231-4440
　　　　　　　　　　　　　　　　　　　Fax: (772) 231-4430
　　　　　　　　　　　　　　　　　　　ttierney@verobeachlawyers.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within and foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such to the following:

J. Marshall Gilmore
J. Marshall Gilmore Law
1936 Lee Road, Suite 100
Winter Park, FL 32789
Telephone: (407) 629-7322
Facsimile: (407) 599-3801
Email: mgilmore@mgilmorelaw.com
*Attorney for Plaintiff*

Thomas W. Tierney
Florida Bar Number 0390150
Rossway Moore Swan
2101 Indian River Blvd.
Suite 200
Vero Beach, FL 32960
Telephone: (772) 231-4440
Fax: (772) 231-4430
*Attorney for Experian Information Solutions, Inc.*

Daniel E. Traver
Gray Robinson, P.A.
301 East Pine Street, Suite 1400
Orlando, FL 32801
Telephone: (407) 843-8880
Facsimile: (407) 244-5690
Email: daniel.traver@gray-robinson.com

Donald E. Burton
Faruki Ireland & Cox P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow St.
Dayton, Ohio 45402
Telephone: (937) 227-3700
Facsimile: (937) 227-3717
Email: dburton@ficlaw.com
*Attorneys for Defendant LexisNexis Risk Data Retrieval Services, LLC*

Dated: January 23, 2014

s/ Natalie A. Williams
Natalie A. Williams
Admitted *Pro Hac Vice*
*Attorney for Defendant*
*Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| LARRY RUMBOUGH | ) |
| | ) |
| v. | ) Case No.: 6:12-CV-811-ACC-DAB |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) |
| and LEXISNEXIS RISK DATA RETRIEVAL | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __01/09/2014__ against __LARRY RUMBOUGH__,
*Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 0.00 |
| Fees for service of summons and subpoena | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | 2,614.00 |
| Fees and disbursements for printing | 0.00 |
| Fees for witnesses *(itemize on page two)* | $0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | 859.50 |
| Docket fees under 28 U.S.C. 1923 | 0.00 |
| Costs as shown on Mandate of Court of Appeals | 0.00 |
| Compensation of court-appointed experts | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 0.00 |
| Other costs *(please itemize)* | 0.00 |
| TOTAL | $ 3,473.50 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: __Natalie A. Williams__

Name of Attorney: __Natalie A. Williams__

For: __Defendant Experian Information Solutions, Inc.__ Date: __01/21/2014__
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court* *Deputy Clerk* *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | **TOTAL** | | $0.00 |

Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| LARRY RUMBOUGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 6:12-CV-811-ACC-DAB |
| | ) |
| EXPERIAN INFORMATION | ) (Judge Anne C. Conway) |
| SOLUTIONS, INC., and LEXISNEXIS | ) |
| RISK DATA RETRIEVAL SERVICES, | ) |
| LLC. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| _____ | ) |

## AFFIDAVIT OF NATALIE A. WILLIAMS

Before me, the undersigned authority, personally appeared NATALIE A. WILLIAMS, who being duly sworn, states as follows:

1. I am over 21 years of age, suffer no legal disability, and am otherwise competent to give this Affidavit. The matters stated herein are true and accurate and are based upon my personal knowledge.

2. I am an associate in the law firm of Jones Day, counsel for Experian Information Solutions, Inc. ("Experian") in the above-captioned litigation. This Affidavit is submitted in support of Experian's Bill of Costs.

3. As one of the attorneys responsible for Experian's defense of this litigation, I am personally aware of and fully informed as to Experian's costs and disbursements identified below in this Affidavit, which are included in Experian's Bill of Costs (Form AO 133).

4. The costs and disbursements identified in the following attachments are correct and were necessarily incurred in this action. Additionally, the services for which fees have been charged were actually and necessarily performed.

5. The costs and disbursements identified in the following attachments have been paid or the obligation for payment has been incurred by Experian.

6. Attachment A to this Affidavit includes a true and correct copy of an invoice from TSG Reporting, Inc. totaling $2,614.00 for costs incurred by Experian in connection with depositions necessarily obtained for use in litigating this case. These costs include court reporter and transcript fees for the deposition of Plaintiff, Larry Rumbough. This deposition was necessarily obtained for use in the case.

7. Attachment B to this Affidavit includes true and correct copies of an invoice from the law firm of Jones Day in the amount of $859.50 for copy costs incurred by Experian in this matter. These costs were necessarily incurred by Experian in this matter.

FURTHER AFFIANT SAITH NOT.

___1/23/14___  
DATE

_____  
NATALIE A. WILLIAMS

STATE OF GEORGIA

COUNTY OF FULTON

Sworn to and subscribed before me this 23rd day of January, 2014.

_____  
Notary Public in and for the State of Georgia

My commission expires: 12-16-2016



2

# ATTACHMENT A



**TSG REPORTING**

Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

DATE: 8/30/2013
INVOICE # 081413-314514

PAID
10/4/2013
by F.S.

**Bill To:** Natalie A. Williams Esq.
Jones Day
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-3053

**CASE:** Rumbough v. Experian Information Solutions
**WITNESS:** Larry Rumbough
**DATE:** 8/14/2013
**LOCATION:** Winter Park, FL

**Billing Comments / Instructions:** Includes shipping for materials sent to witness for read & sign purposes.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 248 | $4.95 | $1,227.60 |
| Original Transcript - 2 Day Delivery | 248 | $4.25 | $1,054.00 |
| Reporter Appearance Fee / First Hour | 1 | $45.00 | $45.00 |
| Reporter App Fee / Each Additional Hour | 5.5 | $35.00 | $192.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 1039 | $0.10 | $103.90 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 248 | -$0.50 | -$124.00 |
| | | SUBTOTAL | $2,499.00 |
| | | SHIPPING & HANDLING | $115.00 |
| | | TOTAL | $2,614.00 |

Please make all checks payable to: TSG Reporting, Inc.   Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# ATTACHMENT B

IN ACCOUNT WITH

# JONES DAY

**Atlanta Office**
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309-3053
(404) 521-3939

Federal Identification Number: 34-0319085

January 21, 2014                                                                 026123-058319

Experian Information Solutions

**Invoice for Reimbursable Expenses:**

Re: Rumbough, Larry (No. 2)

## DISBURSEMENTS & CHARGES

| | | | |
|---|---|---|---|
| Duplication Charges, Plaintiff's Credit File - 3,722 pages @ .10/copy | 372.20 | | |
| Duplication Charges, Production by Plaintiff - 1,144 pages @ .10/copy | 114.40 | | |
| Duplication Charges, Deposition Exhibits - 856 pages @ .10/copy | 85.60 | | |
| Duplication Charges, Production to Plaintiff and LNRDRS 2,873 pages @ .10/copy | 287.30 | | |
| | | USD | 859.50 |
| **TOTAL** | | **USD** | **859.50** |